**UNITED STATES BANKRUPTCY COURT**

**FOR THE**

**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

In the Matter of:

DAMION D REEVES
AND
ZENA REEVES

Debtors

Chapter 13

Case No. 19-10889-KHK

**OBJECTION TO CONFIRMATION OF PLAN,**
**NOTICE OF OBJECTION TO CONFIRMATION OF PLAN**
**AND**
**NOTICE OF SCHEDULED HEARING ON THIS OBJECTION**

Thomas P. Gorman, Chapter 13 Trustee, has filed this objection to confirmation of your Chapter 13 Plan filed March 20, 2019.  The cause for this objection is as follows:

**Violation of 11 U.S.C. §1325(a)(3) – Good Faith and Violation of 11 U.S.C. §1325(b)(1)(B) – Disposable Income.** Debtors' Plan must be 100% due to disposable income. Their present disposable monthly income s $2,649.37/mo. per Schedule I/J, even with an investment property that loses money. There is no reason to defer the Plan funding via deferred step payment of $900.00/mo. to $1,795.00/mo. in month 42, and it puts creditors at risk.

**Violation of 11 U.S.C. §1325(a)(6) – Feasibility:**
1. Debtors have not yet provided filed 2018 tax returns.
2. 100% Plan does not provide for Priority portion of filed Internal Revenue Service Proof of Claim (Claim #5) nor unsecured Homeowners Association (Claim #6) and is underfunded as follows:

| **PERFORMANCE** | Amount of Plan Payment | 900.00 x 41 | |
| --- | --- | --- | --- |
| | | 1,795.00 x 19 | |
| | Number of Months | 60 | |
| | **Total Receipts** | | 71,005.00 |
| | **Disbursements Required** | | |
| | Trustee | 8,381.12 | 10.00% |
| | Attorney | 2,500.00 | |
| | Taxes/Other Priority | 19,353.20 | |
| | Secured | 13,473.28 | |
| | Unsecured | 48,791.12 | |
| | Other | | |
| | **Total Disbursements** | | 92,192.36 |

**Notice of Objection To Confirmation**
Damion D Reeves and Zena Reeves, Case # 19-10889-KHK

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not wish the court to grant the relief sought in the objection, or if you want the court to consider your views on the objection, then on or before five business days prior to the hearing date, you or your attorney must:

File with the court a written response with supporting memorandum as required by Local Bankruptcy Rule 9013-1(H). Unless a written response and supporting memorandum are filed and served by the date specified, the Court may deem any opposition waived, treat the motion as conceded, and issue an order granting the requested relief without further notice or hearing. If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above. You must mail a copy to the persons listed below.

***Attend the hearing to be held on May 23, 2019 at 9:30 a.m., in Courtroom III on the 3rd floor, United States Bankruptcy Court, 200 South Washington Street, Alexandria, VA 22314.*** If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.

A copy of any written response must be mailed to the following persons:

        Thomas P. Gorman
        300 North Washington Street, Ste, 400
        Alexandria, VA 22314

        Clerk of the Court
        United States Bankruptcy Court
        200 South Washington Street
        Alexandria, VA 22314

If you or your attorney do not take steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Date: _May 9, 2019_____          __/s/Thomas P. Gorman _____
                                                                   Thomas P. Gorman
                                                                   Chapter 13 Trustee
                                                                   300 N. Washington Street, #400
                                                                   Alexandria, VA 22314
                                                                   (703) 836-2226
                                                                   VSB 26421

**Notice of Objection To Confirmation**
Damion D Reeves and Zena Reeves, Case # 19-10889-KHK

# CERTIFICATE OF SERVICE

I hereby certify that I have this 9th day of May, 2019, served via ECF to authorized users or mailed a true copy of the foregoing Objection to Confirmation, Notice of Objection and Notice of Hearing to the following parties.

| | |
|---|---|
| Damion D Reeves | Michael J.O. Sandler |
| Zena Reeves | Attorney for Debtor |
| Chapter 13 Debtors | Fisher-Sandler, LLC. |
| 9501 Mason Village Loop | 12801 Darby Brook Court, Suite 201 |
| #304 | Woodbridge, VA 22192 |
| Manassas, VA 20109 | |

                                                __/s/ Thomas P. Gorman_____
                                                  Thomas P. Gorman